# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| RUBY HAS LLC, <br><br> PLAINTIFF, <br><br> v. <br><br> EJOOV, INC., ERIC WILLIAMS, TIM BROWN, MICHAEL LEWIS, and STEPHANIE FLISCHEL, <br><br> DEFENDANTS. | CIVIL ACTION NO.  3:20-CV-847-RGJ <br><br> **Electronically Filed** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Plaitiff, RUBY HAS LLC, hereby certifies that there are no parent companies nor any publicly held corporation owning 10% or more of Plaintiff's stock.

Dated: December 18, 2020

> */s/ Shannon Antle Hamilton*
> Shannon Antle Hamilton
> shamilton@stites.com
> **STITES & HARBISON PLLC**
> 400 West Market Street, Suite 1800
> Louisville, KY 40202-3352
> Telephone:  (502) 587-3400
>
> Scott M. Kessler, Esq. (pro hac vice pending)
> Jamie B. Shyman, Esq.(pro hac vice pending)
> **AKERMAN LLP**
> 520 Madison Avenue, 20th Floor
> New York, New York 10022
> Tel: (212) 880-3800
> Fax: (212) 880-8965
>
> *Counsel for Plaintiff, Ruby Has LLC*