UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*(ELECTRONICALLY FILED)*

| | | |
|---|---|---|
| RUBY HAS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: 3:20-CV-000847 |
| | ) | Judge BENJAMIN BEATON |
| v. | ) | |
| | ) | |
| EJOOV, INC., ERIC WILLIAMS, | ) | |
| TIM BROWN, MICHAEL LEWIS, | ) | |
| And STEPHANIE FLISCHEL | ) | |
| | ) | |
| Defendants. | ) | |

## AGREED ORDER

Pursuant to Local Rule 7.1(b), Plaintiff Ruby Has, LLC and Defendants eJOOV, Inc., Eric Williams, Tim Brown, Michael Lewis and Stephanie Flischel, (collectively "Defendants") by and through their respective Counsel, have agreed to extend the time for Defendants to respond to Plaintiff's Complaint. Defendants shall file a responsive pleading to Plaintiff's Complaint on or before January 22, 2021.

WHEREFORE, IT IS HEREBY ORDERED that the time for Defendants eJOOV, Inc., Eric Williams, Tim Brown, Michael Lewis and Stephanie Flischel to respond to Plaintiff's Complaint IS EXTENDED to January 22, 2021.

Tendered by:

*/s/ Shannon Antle Hamilton (w/permission)*
Shannon Antle Hamilton
STITES & HARBISON, PLLC
400 W. Market Street, Suite 1800
Louisville, KY  40202
shamilton@stites.com

 -and-

Scott M. Kessler
Jamie B. Shyman
AKERMAN, LLP
520 Madison Avenue, 20th Floor
New York, NY 10022
**Counsel for Plaintiff**


*/s/ Dennis D. Murrell*
Dennis D. Murrell
Jennifer M. Barbour
Samantha R. Wright
MIDDLETON REUTLINGER
401 S. Fourth Street, Suite 2600
Louisville, KY  40202
Phone: (502) 584-1135
dmurrell@middletonlaw.com
jbarbour@middletonlaw.com
swright@middletonlaw.com
**Counsel for Defendant eJOOV, Inc.**


*/s/ Paul Hershberg (w/permission)*
Paul Hershberg
PAUL HERSHBERG LAW, PLLC
1161 East Broadway
Louisville, Kentucky 40204
Phone: (502) 736-7502
paul@hershberglaw.com
**Counsel for Eric Williams,
Tim Brown, Michael Lewis
and Stephanie Flischel**